IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-20508

_____

RICHARD M. FLEMING,

Plaintiff-Appellant,

versus

UNIVERSITY OF TEXAS, HEALTH SCIENCE CENTER
AT HOUSTON; JAMES T. WILLERSON, M.D.;
HEINRICH TAEGTMEYER, M.D.; GERALD V.
NACCARELLI, M.D.; RICHARD W. SMALLING, M.D.,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Southern District of Texas
(H-94-CV-4204)

_____

December 9, 1996

Before REAVLEY, GARWOOD and BENAVIDES, Circuit Judges.[*]

PER CURIAM:

Plaintiff-appellant appeals the magistrate judge's summary judgment dismissing his claims against defendants-appellees. After considering the briefs, argument of counsel, and relevant portions of the record, we conclude that the contentions that appellant raises on appeal were correctly disposed of by the magistrate judge in her April 19, 1996, memorandum and order, essentially for the

_____

[*]Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

reasons stated therein.  Accordingly, the judgment of the magistrate judge is

AFFIRMED.